# EXHIBIT A

US00D606894S

(12) **United States Design Patent**   (10) Patent No.:     **US D606,894 S**
Bulgari   (45) Date of Patent:   \*\* **Dec. 29, 2009**

(54) **BRACELET**

(75) Inventor: **Paolo Bulgari**, Rome (IT)

(73) Assignee: **Bulgari S.p.A.**, Rome (IT)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/334,379**

(22) Filed: **Mar. 25, 2009**

(30)   Foreign Application Priority Data

Sep. 30, 2008   (WO) .............................. DM/070 808

(51) **LOC (9) Cl.** .................................................. **11-01**
(52) **U.S. Cl.** ........................................................ **D11/5**
(58) Field of Classification Search .............. D11/1–27; 63/1.11, 3, 3.1, 3.2, 5.1, 5.2, 7–11; 59/79.2, 59/78
   See application file for complete search history.

(56)   **References Cited**

U.S. PATENT DOCUMENTS

D190,753 S * 6/1961 Branchi et al. ................. D11/5
D237,816 S * 11/1975 Bulgari et al. ................. D11/5
D338,629 S * 8/1993 Bulgari ......................... D11/5
D445,715 S * 7/2001 Haquet .......................... D11/5
D447,437 S * 9/2001 Haquet ......................... D11/27
D535,209 S * 1/2007 Arlanda ....................... D11/27

\* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Melanie Levy
(74) *Attorney, Agent, or Firm*—Reising Ethington P.C.

(57)   **CLAIM**

The ornamental design for a bracelet, as shown and described.

DESCRIPTION

FIG. **1** shows a perspective view of same;
FIG. **2** shows a front view of same;
FIG. **3** shows a left side view of same;
FIG. **4** shows a back side view of same;
FIG. **5** shows a right side view of same;
FIG. **6** shows a top view of same; and,
FIG. **7** shows a bottom view of same.

1 Claim, 3 Drawing Sheets





FIG. 3



FIG. 1



FIG. 5



FIG. 2



*FIG. 6*

*FIG. 4*

*FIG. 7*