# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

BULGARI S.P.A. and BULGARI
CORPORATION OF AMERICA,

    Plaintiffs,

- against -

KENNETH JAY LANE, INC.,

    Defendant.

-------------------------------------------------------------- x

Civil Action No.: 12 cv 6194 (AKH)



## PERMANENT INJUNCTION ON CONSENT

WHEREAS, Plaintiffs Bulgari S.p.A, a corporation duly organized and existing under the laws of Italy, having its principal place of business in Rome, Italy, and Bulgari Corporation of America, a corporation duly organized and existing under the laws of the State of New York, having its principal place of business at 625 Madison Avenue, New York, New York (collectively, "Bulgari"), instituted an action against Kenneth Jay Lane, Inc. ("KJL"), a corporation duly organized and existing under the laws of the State of New York, having its principal place of business at 20 West 37th Street, New York, New York, in the United States District Court for the Southern District of New York, captioned *Bulgari S.p.A. and Bulgari Corporation of America v. Kenneth Jay Lane, Inc.*, 12 cv 6194 (S.D.N.Y.) (AKH)(JCF) (the "Action"), seeking injunctive relief and damages for acts of copyright infringement, design patent infringement and unfair competition, engaged in by KJL in violation of the laws of the United States and the State of New York, arising out of KJL's marketing, promotion and sale of jewelry products; and

WHEREAS, KJL having submitted to the Court's jurisdiction; and

1

WHEREAS, the Court having jurisdiction over the subject matter of this Action and over KJL, and venue in this Action being proper in this judicial district; and

WHEREAS, the parties having been afforded the opportunity to consult with attorneys of their own choice in connection with the execution of this Permanent Injunction On Consent, and having entered into a Settlement Agreement dated as of August 30, 2012, providing, among other things, for entry of this Permanent Injunction On Consent.

**IT IS HEREBY ORDERED, ~~ADJUDGED~~ AND DECREED** that:

1.  KJL and its divisions, subsidiaries and related companies, as well as its agents, servants, employees, attorneys and all natural or legal persons acting on its behalf, or in concert with any of them, shall be PERMANENTLY ENJOINED and RESTRAINED, from the date of this judgment forward, from attempting to do or causing to be done, directly or indirectly, by any means, method, or device whatsoever, or by any persons whomsoever, the following acts:

    a.  Importing, manufacturing, purchasing, selling, offering for sale, advertising, promoting and/or distributing any goods, products and/or merchandise that contain or consist of designs that are substantially similar in overall appearance to the design protected by the Bulgari's U.S. Copyright Registration No. VA-1-727-917, as depicted below,



including without limitation the following product sold by KJL:



b. Importing, manufacturing, purchasing, selling, offering for sale, advertising, promoting and/or distributing goods, products and/or merchandise that contain or consist of designs that are substantially the same as the design protected by the Bulgari's U.S. Design Patent No. D606,894), as depicted below,



including without limitation the following product sold by KJL:



2. The Court retains jurisdiction of this action for purposes of enforcing the provisions of this Permanent Injunction On Consent by way of contempt motion or otherwise. This Permanent Injunction On Consent shall be enforceable against KJL's officers, agents,

3

servants, employees, attorneys subsidiaries, related companies, successors and assigns (the "Enjoined Parties"), and all parties who are in active concert and participation with the Enjoined Parties, to the extent permitted by law.

3. The parties waive any right to appeal this Permanent Injunction On Consent.

4. Each party hereto shall bear its own costs and attorneys fees of this action.

Dated: New York, New York
September 24, 2012

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs*

SEYFARTH SHAW LLP

By: _____
JONATHAN P. WOLFERT (JW-4844)
620 EIGHTH AVENUE
NEW YORK, NEW YORK 10018
(212) 218-5278

*Attorneys for Defendant*

SO ORDERED, ADJUDGED AND DECREED this 28 day of September, 2012.

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

4